**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-7629**

———————

In Re: RICKY ROBINSON,

Petitioner.

———————

On Petition for Writ of Mandamus.  (CR-95-186-F)

———————

Submitted:  April 13, 2000          Decided:  April 19, 2000

———————

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Ricky Robinson, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ricky Robinson petitions this court for a writ of mandamus directing the district court to rule on various motions regarding his criminal sentence. The district court denied these motions on December 29, 1999. We accordingly dismiss the mandamus petition as moot. We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2